# HOLWELL SHUSTER &GOLDBERG LLP

425 Lexington Ave, 14th Floor
New York, New York 10017
Tel: (646) 837-5151
Fax: (646) 837-5150
www.hsgllp.com

*Brendon DeMay*
*(646) 837-5167*
*bdemay@hsgllp.com*

**VIA EMAIL**　　　　　　　　　　　　　　　　　　　　　March 22, 2024
Hon. Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

　　　　RE:　U.S. ex rel. Chiles v. Cooke Inc., No. 21 Civ. 5743 (JMF) (under seal)

Dear Judge Furman:

　　I write on behalf of the Relators regarding the expiration of the seal in the above matter. On March 8, 2024, the United States informed me that it would file a Notice of Decision to Decline Intervention later that day. The United States did so, and the United States further submitted a proposed order stating that the seal would expire sixty days after the entry of the unsealing order. The Court granted thirty days rather than sixty, and accordingly the seal expires April 8.

　　On behalf of the Relators, I respectfully request that the seal be extended for 14 days after the current deadline, from April 8 to April 22. I am lead trial counsel in a jury trial that begins next week. At the final pretrial conference last week, the Court advised that the trial will likely continue past April 8 and will run all day each day. Extending the seal for 14 days would allow additional time to determine whether to amend the complaint and make other preparations to prosecute the case before the action is unsealed.

　　The United States does not oppose this request.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Application GRANTED.

SO ORDERED.

March 22, 2024　　　　　　　　　　　　　　　　　Brendon DeMay