UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, W. Benson Chiles and Chris Manthey, <br><br> Plaintiffs, <br><br> -v- <br><br> Cooke Inc. *et al.*, <br><br> Defendants. | Case No. 1:21-cv-05743 (JMF) <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS COOKE INC., COOKE AQUACULTURE INC., COOKE OMEGA INVESTMENTS INC., COOKE SEAFOOD USA, INC., OMEGA PROTEIN CORPORATION, OMEGA PROTEIN, INC., GLENN COOKE, AND BRET D. SCHOLTES' NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated August 20, 2024, the accompanying Declaration of David Pivnick, dated August 20, 2024, and exhibits annexed thereto, and upon all the pleadings and proceedings in this matter, Defendants Cooke Inc., Cooke Aquaculture Inc., Cooke Omega Investments Inc., Cooke Seafood USA, Inc., Omega Protein Corporation, Omega Protein, Inc., Glenn Cooke, and Bret D. Scholtes (collectively, the "Cooke Defendants"), respectfully move this Court, before the Honorable Jesse M. Furman, United States District Judge, at the Thurgood Marshall United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, granting the Cooke Defendants' Motion to Dismiss Relators' Amended Complaint for failure to state a claim upon which relief can be granted and failure to plead with the requisite particularity, and for such other, further, or different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that the Cooke Defendants preserve their right to file and serve a reply in response to any opposition submitted by Relators.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's July 15, 2024 Order (Dkt. 43), any opposition papers shall be served upon the undersigned and filed by the Relators within sixty (60) days of the filing of this Motion and Memorandum in Support, and any reply papers shall be served and filed by the Cooke Defendants within twenty-one (21) days after filing and service of any opposition papers.

Dated: New York, New York
August 20, 2024

Respectfully submitted,

_/s/ David J. Pivnick_____
Aaron F. Jaroff
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, New York 10020-1104
Telephone: (212) 548-2100
ajaroff@mcguirewoods.com

David J. Pivnick (admitted *pro hac vice*)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone:  312-750-3585
dpivnick@mcguirewoods.com

Michael J. Podberesky (admitted *pro hac vice*)
McGuireWoods LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 857-1700
mpodberesky@mcguirewoods.com

*Attorneys for Cooke Inc., Cooke Aquaculture Inc., Cooke Omega Investments Inc., Cooke Seafood USA, Inc., Omega Protein Corporation, Omega Protein, Inc., Glenn Cooke, and Bret D. Scholtes*