UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, *ex rel.*, W. Benson Chiles and Chris Manthey,<br><br>  Plaintiffs,<br><br>-v-<br><br>Cooke Inc., Cooke Aquaculture Inc., Cooke Omega Investments Inc., Cooke Seafood USA, Inc., Omega Protein Corporation, Omega Protein, Inc., Alpha VesselCo Holdings, Inc. a/k/a Ocean Fleet Services, Inc., Alpha VesselCo, LLC d/b/a/ Ocean Harvesters, BMO Capital Markets Corp., Glenn Cooke, Seth Gregory Dunlop, Gregory Lawson Dunlop, Bret D. Scholtes, and Montgomery Deihl,<br><br>  Defendants. | ORAL ARGUMENT REQUESTED<br>Case No. 1:21-cv-05743 (JMF) |

**NOTICE OF DEFENDANT BMO CAPITAL MARKETS CORP.'S
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

**Please Take Notice** that upon the accompanying Memorandum of Law in Support of Defendant BMO Capital Markets Corp.'s ("BMO CMC") Motion to Dismiss Plaintiffs' Amended Complaint, dated July 30, 2024, the undersigned attorneys for BMO CMC, will move before the Honorable Jesse M. Furman, United States District Judge, at the United States Courthouse, in the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order Dismissing the Amended Complaint.

1

Dated: August 20, 2024				Respectfully Submitted,

				_____
				Courtney G. Saleski
				Jessica A. Masella
				DLA Piper LLP (US)
				1251 Avenue of the Americas
				New York, New York 10020
				Tel:  (212) 335-4500
				courtney.saleski@us.dlapiper.com
				jessica.masella@us.dlapiper.com

				*Counsel for Defendant*
				*BMO Capital Markets Corp.*

2