UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA *ex rel.* W. BENSON :
CHILES and CHRIS MANTHEY, :
: 21-CV-5743 (JMF)
Plaintiff, :
: <u>ORDER</u>
-v- :
:
COOKE INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motions to dismiss, *see* Docket Nos. 51, 55, 59, Defendants' earlier motions to dismiss filed at Docket Nos. 34, 38, and 41 are hereby DENIED as moot. Relators' opposition to the new motions to dismiss — in the form of a single, consolidated opposition — is due **no later than sixty days after the motions were filed**. Defendants' replies are due **within twenty-one days of any opposition**. *See* ECF Nos. 20 & 25.

      The Clerk of Court is directed to terminate Docket Nos. 34, 38, and 41.

      SO ORDERED.

Dated: August 23, 2024
       New York, New York
                                                        JESSE M. FURMAN
                                             United States District Judge