UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA, *ex rel.*
W. Benson Chiles and Chris Manthey,

                          *Plaintiffs*,

      v.

COOKE INC., COOKE AQUACULTURE INC.,
COOKE OMEGA INVESTMENTS INC., COOKE
SEAFOOD USA, INC., OMEGA PROTEIN
CORPORATION, OMEGA PROTEIN, INC., ALPHA
VESSELCO HOLDINGS, INC. A/K/A OCEAN
FLEET SERVICES, INC., ALPHA VESSEL CO, LLC
D/B/A/ OCEAN HARVESTERS, BMO CAPITAL
MARKETS CORP., GLENN COOKE, SETH
GREGORY DUNLOP, GREGORY LAWSON
DUNLOP, BRET D. SCHOLTES, AND
MONTGOMERY DEIHL,

                          *Defendants.*

Case No. 21-cv-5743 (JMF)

**NOTICE OF APPEAL**

-------------------------------------------------------------------- x

PLEASE TAKE NOTICE that Plaintiff Relators W. Benson Chiles and Chris Manthey hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in the above-captioned case on January 3, 2025, which dismissed the amended complaint with prejudice and denied leave to amend.

Dated: New York, New York
       January 14, 2025

HOLWELL SHUSTER & GOLDBERG LLP

By: /s/ Brendon DeMay
    Brendon DeMay
425 Lexington Ave, 14th Floor
New York, NY  10017
bdemay@hsgllp.com
Telephone:    646.837.5151
Facsimile:    646.837.5150
*Attorneys for Plaintiffs W. Benson Chiles and Chris Manthey*